## MILWAUKEE MECHANICS FIRE INSURANCE COMPANY V. FRED A. FULLER.

FILED FEBRUARY 17, 1898.   No. 7863.

Insurance: TITLE TO INSURED PROPERTY: WAIVER OF CONDITION. The facts in this case and the law applicable thereto are the same as those in *Phenix Ins. Co. v. Fuller*, 53 Neb. 811, and on the authority of that case the judgment of the district court is affirmed.

ERROR from the district court of Douglas county. Tried below before AMBROSE, J.  *Affirmed.*

*Jacob Fawcett* and *Greene & Breckenridge*, for plaintiff in error.

*George W. Shields*, contra.

RAGAN, C.

In the district court of Douglas county Fred A. Fuller sued the Milwaukee Mechanics Fire Insurance Company to recover the value of property insured by it and destroyed by fire. He had a verdict and judgment and the insurance company prosecutes here a petition in error.

The facts in this case are the same as those in *Phenix Ins. Co. v. Fuller*, 53 Neb. 811, and on the authority of that case the judgment of the district court pronounced in this is

AFFIRMED.